■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LA TORRE, Appellant. [639 NYS2d 753] Memorandum: We reject the contention that defendant's conviction of sexual abuse in the first degree following a jury trial is based upon legally insufficient evidence and is against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Ontario County Court, Cornelius, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.